COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JUL 26 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. P07CR-161 |
| Plaintiff, | ) | |
| | ) | **I N D I C T M E N T** |
| V. | ) | [Vio: 18 USC 472, |
| | ) | Uttering counterfeit |
| AMADOR ORTIZ, | ) | obligations or securities] |
| JESUS MACIAS, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**The Grand Jury Charges:**

**Count One**
**[18 U.S.C. § 472 & 18 U.S.C. § 2]**

On or about July 23, 2007, in the Western District of Texas, Defendants,

AMADOR ORTIZ,
JESUS MACIAS, JR.,

aiding and abetting one another, with the intent to defraud, did pass to Wal-Mart in Fort Stockton, Texas, a falsely made, forged and counterfeited obligations of the United States, that is, five (5) Federal Reserve Notes in the denomination of twenty dollars, Series 2004, Serial No. GK16423013A, which they knew to be falsely made, forged and counterfeited.

A violation of Title 18, United States Code, Section 472 and 2.

## Count Two
### [18 U.S.C. § 472 & 18 U.S.C. § 2]

On or about July 23, 2007, in the Western District of Texas, Defendants,

**AMADOR ORTIZ,
JESUS MACIAS, JR.,**

aiding and abetting one another, with the intent to defraud, did pass to Pizza Hut in Fort Stockton, Texas, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of twenty dollars, Series 2004, Serial No. GK16423013A, which they knew to be falsely made, forged and counterfeited.

A violation of Title 18, United States Code, Section 472 and 2.

## Count Three
[18 U.S.C. § 472 & 18 U.S.C. § 2]

On or about July 23, 2007, in the Western District of Texas, Defendants,

AMADOR ORTIZ,
JESUS MACIAS, JR.,

aiding and abetting one another, with the intent to defraud, did keep in their possession and or conceal falsely made, forged and counterfeited obligations of the United States, that is, eight (8) Federal Reserve Notes in the denomination of one hundred dollars, Series 1996, one with Serial No. AB73297113M and seven with Serial No. AB93526231L; six (6) Federal Reserve Notes in the denomination of fifty dollars, Series 1996, with Serial No. AD89471892A; ten (10) Federal Reserve Notes in the denomination of twenty dollars, four, Series 2001, with Serial No. CF11964282A; and six, Series 2004, Serial No. EL91065334A, which they knew to be falsely made, forged and counterfeited.

A violation of Title 18, United States Code, Section 472 and 2.

**A True Bill.**

_____
Foreperson

Johnny Sutton
United States Attorney

James J. Miller, Jr.
Assistant United States Attorney