IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
AUG 0 9 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | SUPERCEDING INFORMATION |
| v. | ) | Cause No. P-07-CR-161(2) |
| JESUS MACIAS, JR. | ) | [18 U.S.C. § 4 Misprision of a Felony] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
[ 18 U.S.C. § 4]

That on or about July 23, 2007, in the Western District of Texas, the Defendant,

JESUS MACIAS, JR.,

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, the passing with the intent to defraud, falsely made, forged, and counterfeit obligations of the United States, a violation of Title 18 United States Code, Section 472, did conceal and not as soon as possible make said felony known to a judge or other person in civil or military authority under the United States.

A violation of Title 18, United States Code, Section 4.

Johnny Sutton
United States Attorney

James J. Miller, Jr.
Assistant United States Attorney