**FILED**
AUG 09 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: PE:07-CR-00161(2)-DE |
| | § | |
| (2) Jesus Macias Jr. | § | |

## ORDER

This case has been referred, by a general order, to the United States Magistrate Judge for the taking of a felony guilty plea. 28 U.S.C §636(b)(3), United States vs. Dees, 125 F. 3rd 261 (5th Cir. 1997).

On _____August 09, 2007_____, the defendant and counsel appeared before the United States Magistrate Judge who addressed the defendant personally in open Court. The Court informed the defendant that he/she had a right to have his/her plea taken by the United States District Judge and advised him/her of the admonishments under Rule 11 of the Federal Rules of Criminal Procedure.

The undersigned United States Magistrate Judge finds as follows:

1) The defendant, with the advice of his/her attorney, has consented to the taking of his/her guilty plea by the undersigned United States Magistrate Judge. Sentencing will be conducted by the presiding United States District Judge.

2) The defendant understood the nature of the charges and penalties;

3) The defendant understood his/her constitutional and statutory rights and waived them;

4) The defendant pled guilty to count   1   of   the   superseding information, pursuant to a plea agreement with the Government.

5) The defendant's plea was made freely and voluntarily;

6) The defendant is competent to enter this plea of guilty; and,

7) There is sufficient factual basis for this plea.

The defendant is hereby found guilty of the charge(s) he/she pled guilty to.

This case is referred to the presiding United States District Judge for sentencing.

Signed this 9th day of August, 2007.

_____
DURWOOD EDWARDS
U.S. MAGISTRATE JUDGE